UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0208M-01 (CR) |
| **KWAME FRIMPONG,** | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(C) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | MDMA) |

## COUNT ONE

On or about April 18, 2005, within the District of Columbia, **KWAME FRIMPONG**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of MDMA, also known as Ecstacy, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute MDMA**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia