UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-178 (RMC)** |
| | : | |
| **v.** | : | |
| | : | |
| **KWAME FRIMPONG** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter has been assigned to Special Assistant United States Attorney Elliot Williams, telephone number (202) 514-5241 and email address elliot.williams2@usdoj.gov, for appearance as counsel on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
ELLIOT WILLIAMS
Special Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4108
Washington, DC 20530
(202) 514-5241