UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Kwame Frimpong

Criminal No. 05-178

**WAIVER OF TRIAL BY JURY**

FILED
OCT 2 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_F. Kwame_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States Attorney

**APPROVED:**

_Rosemary M Collyer_
United States District Judge

Dated: 20 October 2005