UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 05-0178 (RMC) |
| | : | |
| v. | : | |
| | : | |
| **KWAME FRIMPONG,** | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Elliot Williams no longer represents the United States of America in the above-captioned matter.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

_____
Elliot Williams
Assistant United States Attorney
Department of Justice, Criminal Division
Domestic Security Section
950 Pennsylvania Avenue, NW, Room 6515
Washington, DC 20530
(202) 353-7577